THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* FRANK KRAYSER, Respondent.

Submitted October 3, 1955; decided October 5, 1955.

Motion for enlargement of time granted and case set down for argument during the October, 1955, session of the Court of Appeals.

Motion for assignment of counsel granted and Edward H. Levine, Esq., 120 Broadway, New York, N. Y., assigned as counsel to defendant on the appeal herein.